# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157130(57)

RICHARD L. ROETKEN,
      Plaintiff-Appellant,

v

CARA L. ROETKEN,
      Defendant-Appellee.
_____/

SC: 157130
COA: 333029
Wayne CC: 14-107070-DM

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted for filing if submitted on or before March 13, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2018



Clerk